

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Jose Zermeno Ruiz<br><br>　　　　Defendant. | 2:07-CR-421-GW<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ✗ the appearance of defendant as required; and/or

(B) ✗ the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions of release._
_also, no bail resources_

IT IS ORDERED that defendant be detained.

DATED: 10/15/10

_/s/ S H Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE